

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00690-CV

**IN RE ESTATE OF ALVILDA M. AGUILAR, DECEASED,**

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2012-PC-2802
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file brief is hereby GRANTED. Appellant's brief is deemed filed as of January 13, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court